SPANABLE, Plaintiff-Appellant, v THE NEW YORK CENTRAL RAILROAD COMPANY, Defendant-Appellee.

Ohio Appeals, Second District, Franklin County.

No. 3879.   Decided January 31, 1946.

Wilson & Rector, Columbus, for Defendant-Appellee, and for the motion.

R. N. Larrimer, Columbus, John M. Collins, Columbus, for Plaintiff-Appellant, contra the motion.

### OPINION

By THE COURT:

Submitted on motion of defendant-appellee to dismiss the appeal. The ground assigned is that the appeal is on questions of law and not on questions of law and fact, although the notice of appeal is indicated as upon questions of law and fact. The action is for damages and therefore is not appealable on questions of law and fact, nor may such an appeal proceed because no appeal bond has been filed in the cause.

We may not, however, dismiss the appeal in its entirety, §11564 GC, but now find that the cause cannot be heard upon the facts and no bill of exception has been filed in the cause and it will be retained on questions of law only, and twenty days given to appellant within which to have a bill of exceptions settled and allowed in the trial court.

HORNBECK, PJ, WISEMAN and MILLER, JJ, concur.